FILED
2005 Jul-25  AM 09:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | Case Numbers:   CV 04-S-8017-NE |
| | ) | CR 02-S-604-NE |
| **MICHAEL ALLEN WHITE,** | ) | |
| | ) | |
| **Defendant/Movant.** | ) | |

## ORDER

On May 6, 2005, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that the motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 in this cause be denied.  To date, no objections have been filed by either party.  Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be, and it hereby is, ADOPTED, and the magistrate judge's recommendation is ACCEPTED. Consequently, the motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby DENIED.

DONE this 22nd of July, 2005.

_____
United States District Judge